USDC SCAN INDEX SHEET










CSG    12/29/98    10:24
3:98-CV-01864    MORENO V. QUALITY EXPRESS
*4*
*NTCCSDISM.*

Patrick F. O'Connor, State Bar No. 057923
5464 Grossmont Center Drive, Third Floor
La Mesa, California 91942
Telephone (619) 463-4284
Facsimile: (619) 464-6471

Attorney for Nicole Moreno

## UNITED STATES DISTRICT COURT

## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NICOLE MORENO, | CASE NO. 98 CV 1864 IEG AJB |
| Plaintiff, | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| QUALITY EXPRESS, LLC, dba EXPRESS ONE, a limited liability company, DOUG LUTHER, an individual, ROBERT C. JABLONSKI, an individual, and DOES 1 through 20, inclusive, | |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Fed.R.Civ.Pro. 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Date: December 21, 1998

PATRICK F. O'CONNOR
Attorney for Plaintiff Nicole Moreno

ENTERED ON 12-29-98

**Moreno v. Quality Express, LLC, etc., et al.**
United States District Court Case No. 98CV1864 IEG (AJB)

Proof of Service by Mail

I, Trudy Koehler declare:

I am, and was at the time of service of the papers herein referred to, over the age of eighteen years and not a party to the within action. My business address is 5464 Grossmont Center Drive, Third Floor, La Mesa, California 91942, which is located in the county in which the within mentioned mailing occurred. I am readily familiar with the practice at my place of business for collection and processing of correspondence for mailing with Federal Express Corporation. Such correspondence will be picked up at our office on the same day by an employee of Federal Express Corporation for overnight delivery.

On December 21, 1998, I served the within **Notice of Voluntary Dismissal** by placing a true copy of the original in a separate envelope for each addressee named below, with the name and address of the person served shown on the envelope as follows:

> Helene J. Wasserman, Esq.
> Ballard Rosenberg & Golper
> 10 Universal City Plaza, Sixteenth Floor
> Universal City, California 91608-1097
> Telephone (818) 508-3700
> Attorneys for Defendant

and by sealing the envelope and placing it in the appropriate location at my place of business for collection and pick-up in accordance with ordinary business practices.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on December 21, 1998, at La Mesa, California.

*Trudy Koehler*
Trudy Koehler